USA vs. Davis, Deallto Docket No.:
Page 1

# UNITED STATES DISTRICT COURT
# FOR
# THE EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Deallto Davis Docket No. 1:15CR00180-005

### Addendum to
### Petition on Supervised Release

**MANDATORY CONDITION:** COMMISSION OF A CRIME – BANK FRAUD IN VIOLATION OF TITLE 18, U.S.C. § 1344.

On January 31, 2019, Deallto Davis was arrested and charged with Bank Fraud by the Federal Bureau of Investigations (FBI). As of this writing, this matter remains pending before the Washington D.C. Superior Court. Collateral contact with Agent Joshua Huckel of the FBI confirmed these new criminal charges. As of this writing, no information has been received with respect to the offense conduct but a request for information has been submitted.

**PRAYING THAT THE COURT WILL ORDER** a warrant to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

### ORDER OF COURT

Considered and ordered this __11th__ day of __Feb__, __2019__, that the petition previously issued be amended and that this addendum be ordered filed and made part of the record in the above case.

_Claude M. Hilton_
Claude M. Hilton
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

_Frank Weaver_ Franklin Weaver
Feb 4 2019 12:15 PM

Frank Weaver
Senior U.S. Probation Officer
(703) 299-2336

Place __Alexandria, Virginia__

**TO CLERK'S OFFICE** DF-69 (Rev. 12/12)